IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATIONAL LABOR RELATIONS
BOARD,

        Petitioner,

        v.

UPMC PRESBYTERIAN
SHADYSIDE,

        Respondent.

14mc00109

**ELECTRONICALLY FILED**

---

NATIONAL LABOR RELATIONS
BOARD,

        Petitioner,

        v.

UPMC,

        Respondent.

14mc00110

**ELECTRONICALLY FILED**

---

NATIONAL LABOR RELATIONS
BOARD,

        Petitioner,

        v.

UPMC,

        Respondent.

14mc00111

**ELECTRONICALLY FILED**

### **Order of Court**

And now, this 22nd day of August, 2014, for the reasons set forth in the Accompanying

Memorandum Opinion, the Court will GRANT the Applications for Summary Orders Enforcing

Subpoena Duces Tecum in all of the above captioned matters (doc. no. 1 at 14mc00109, 14mc00110, and 14mc00111). The Court will stay the implementation of this Order, so that Respondents may appeal this Order, if they elect to do so.

SO ORDERED, this 22nd day of August, 2014

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

cc:     All ECF registered counsel of record